[No. 40427-3-II. Division Two. July 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DAVID COLLINS II, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 09-1-00014-8, E. Thompson Reynolds, J., entered February 25, 2010. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Van Deren, JJ.

[No. 40474-5-II. Division Two. July 19, 2011.]

CARLA SMITH, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-2-01659-1, Gary R. Tabor, J., entered February 19, 2010. *Reversed* and *remanded with intructions* by unpublished opinion per Van Deren, J., concurred in by Johanson, J.; Penoyar, C.J., concurring separately.

[No. 40482-6-II. Division Two. July 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTOR ALBERT LYLE WHALEN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00506-5, Richard L. Brosey, J., entered March 5, 2010. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Penoyar, C.J., and Johanson, J.

[No. 40547-4-II. Division Two. July 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON A. STOKEN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 09-1-00188-2, F. Mark McCauley, J., entered April 5, 2010. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Johanson, JJ.